**EPSTEIN BECKER & GREEN, P.C.**
Robert D. Goldstein
J. William Cook
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BRADLEY A. LANG,

                  Plaintiff,

    - against -

ALVAREZ & MARSAL HEALTHCARE
INDUSTRY GROUP, LLC, ALVAREZ &
MARSAL HOLDINGS, LLC, and
ALVAREZ & MARSAL, INC.,

                  Defendants.
------------------------------------x

13-CV-9028 (AJN) (SN)

**DEFENDANTS'**
<u>**RULE 7.1 STATEMENT**</u>

**JURY TRIAL DEMANDED**

Defendants Alvarez & Marsal Healthcare Industry Group, LLC ("A&M Healthcare"), Alvarez & Marsal Holdings, LLC ("A&M Holdings"), and Alvarez & Marsal, Inc. ("A&M Inc.") (collectively, "Defendants"), by their attorneys, Epstein Becker & Green, P.C., hereby submit their Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    1.    Defendants are nongovernmental corporate parties to this civil action;

    2.    Defendant A&M Inc. has no parent companies;

    3.    Defendant A&M Holdings is the parent company to A&M Healthcare; and

4. There are no publicly-held corporations that own 10% or more of the stock of Defendants A&M Inc., A&M Healthcare and A&M Holdings.

Dated: New York, New York
February 3, 2014

                                        EPSTEIN BECKER & GREEN, P.C.

By: *(signature)*
Robert D. Goldstein
J. William Cook

*Attorneys for Defendants*
250 Park Avenue
New York, New York  10177
(212) 351-4500